IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMERE MOORE, | )<br>) |
| Plaintiff, | ) Civil Action No. 09 - 1409<br>) |
| v. | ) Judge Nora Barry Fischer<br>) Magistrate Judge Lisa Pupo Lenihan |
| DANA A. PHILLIPS, CEO of Medical<br>Department of Allegheny County Jail, | )<br>)<br>) |
| Defendant. | ) |

## MEMORANDUM ORDER

The above captioned case was initiated by the filing of a Motion to Proceed In Forma Pauperis on June 8, 2007, and was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on July 12, 2010 (ECF no. [17]), recommending that the motion to dismiss filed by Defendant Dana Phillips (ECF no. [9]) be denied.
The parties were served with the Report and Recommendation and advised that they had fourteen days (until July 29, 2010) within which to file objections to the Report and Recommendation. No objections have been filed.

After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 30th day of July, 2010;

IT IS HEREBY ORDERED that the motion to dismiss filed by Defendant Dana Phillips (ECF no. [9]) is DENIED.

IT IS FURTHER ORDERED that the Report and Recommendation (ECF no. [17]) dated July 12, 2010, is adopted as the Opinion of the Court.

By the Court:

/s/ Nora Barry Fischer
Nora Barry Fischer
United States District Judge

cc/ecf: Magistrate Judge Lisa Pupo Lenihan

       Jamere Moore, 117551
       Allegheny County Jail
       950 Second Avenue
       Pittsburgh, PA 15219-3100

       Stanley A. Winikoff, Esquire