IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMERE MOORE, | ) |
| | ) |
| | ) Civil Action No. 09 - 1409 |
| Plaintiff, | ) |
| | ) District Judge Nora Barry Fischer |
| v. | ) |
| | ) |
| DANA PHILLIPS, CEO of Medical | ) |
| Department of Allegheny County Jail, | ) |
| | ) |
| | ) |
| Defendant. | |

## MEMORANDUM ORDER

The above captioned case was initiated by the filing of a Motion to Proceed *In Forma Pauperis* on October 21, 2009, and was referred to a united states magistrate judge for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and the Local Rules for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on April 26, 2011 (ECF No. 41), recommending that the Motion for Preliminary Injunction filed by Plaintiff (ECF No. 35) be denied. The parties were served with the Report and Recommendation and advised that they had fourteen days (until May 13, 2011) within which to file objections to the Report and Recommendation. No objections have been filed.

After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 15th day of July, 2011;

**IT IS HEREBY ORDERED** that the Motion for Preliminary Injunction filed by Plaintiff (ECF No. [35]) is **DENIED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF no. 41) dated April 26, 2011, is adopted as the Opinion of the Court.

By the Court:

*Nora Barry Fischer*
Nora Barry Fischer
United States District Judge

cc/ecf:  Stanley A. Winikoff, Esquire

Jamere Moore, 117551
Allegheny County Jail
950 Second Avenue
Pittsburgh, PA 15219-3100