IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| JAMERE MOORE, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | Civil Action No. 09 - 1409 |
| | ) | |
| v. | ) | District Judge Nora Barry Fischer |
| | ) | |
| DANA A. PHILLIPS, CEO of Medical | ) | |
| Department of Allegheny County Jail, | ) | |
| | ) | |
| Defendant. | ) | |

MEMORANDUM ORDER

The above captioned case was initiated by the filing of a Motion to Proceed *In Forma Pauperis* (ECF No. 1) on October 21, 2009, and was referred to a United States Magistrate Judge for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on August 2, 2011 (ECF No. 44) recommending that Defendant's Motion for Summary Judgment (ECF No. 30) be granted. Plaintiff was served with the Report and Recommendation at the address he provided to the Court and was advised that he had until August 19, 2011 to file written objections to the Report and Recommendation. No objections have been filed.

After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

1

AND NOW, this 25th day of August 2011;

IT IS HEREBY ORDERED that Defendant's Motion for Summary Judgment (ECF No. 30) is GRANTED.

IT IS FURTHER ORDERED that the Report and Recommendation (ECF No. 44) is ADOPTED as the Opinion of the Court.

IT IS FURTHER ORDERED that the Clerk of Court mark his case CLOSED.

AND IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

By the Court:

/s/ Nora Barry Fischer
Nora Barry Fischer
United States District Judge

cc: Jamere Moore
117551
Allegheny County Jail, POD 3
950 Second Avenue
Pittsburgh, PA 15219-3100